OKWD Revised AO 442 (1/16/15)

10718067
1964-1017-0071-J

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case Number: CR-18-260-SLP |
| ANDREW PRANGER | ) | |
| *Defendant* | ) | |

**ARREST WARRANT**

RECEIVED
OCT 17 2018
U.S. MARSHALS W/OK

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANDREW PRANGER,

who is accused of an offense or violation based on the following document filed with the court:

SEALED
☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21:846 DRUG CONSPIRACY
18:1956(h) MONEY LAUNDERING CONSPIRACY
18:1956(a)(1)(B)(i) MONEY LAUNDERING
18:2 AIDING AND ABETTING

**Andrea Caster, Deputy Clerk**
**Oklahoma City, Oklahoma**

WARRANT ISSUED:
10:33 am, Oct 17, 2018
CARMELITA REEDER SHINN, Clerk
By: *Andrea Caster*
Deputy Clerk

### Return

This warrant was received on *(date)* 10-24-18, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

ARRESTED ON: 10-24-18
WITHIN THE W DISTRICT OF OK
BY: FBI

_____
Arresting officer's signature

_____
Printed name and title